PER CURIAM.
Affirmed. See Dober v. Worrell, 401 So.2d 1322 (Fla.1981); Roffman v. Sears Roebuck and Co., 522 So.2d 31 (Fla. 4th DCA 1987); Otis Elevator Company v. Chambliss, 511 So.2d 412 (Fla. 1st DCA 1987); Anderson v. Walthal, 468 So.2d 291 (Fla. 1st DCA 1985); Highlands Insurance Company v. Gilday, 398 So.2d 834 (Fla. 4th DCA 1981); F & R Builders v. Lowell Dunn Company, 364 So.2d 826 (Fla. 3d DCA 1978); Palmer v. Thomas, 284 So.2d 709 (Fla. 1st DCA 1973); Jackson v. Whitmire Construction Company, Inc., 202 So.2d 861 (Fla. 2d DCA 1967); Bernstein v. Highland Associates of Worchester, Inc., 1 Mass.App. 132, 294 N.E.2d 576 (1973).